# Third District Court of Appeal
## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1060
Lower Tribunal No. 14-27492-CA-01
_____


**Cosmic Corporation, etc., et al.,**
Appellants,

vs.

**Bianca Hudson,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Perez Law Group, P.A., and Luis N. Perez, for appellants.

Law Offices of William F. Souza, P.A., and Ted Roemer, for appellee.


Before LOGUE, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 90.803(22), Fla. Stat.; <u>Florida Power & Light Co. v. Morris</u>, 944 So. 2d 407, 410 (Fla. 4th DCA 2006) ("Generally, control and responsibility are issues of fact to be resolved by the jury." (citing <u>Thompson v. Gallo</u>, 680 So. 2d 441, 443 (Fla. 1st DCA 1996))).